

# Fourth Court of Appeals
## San Antonio, Texas

June 3, 2015

No. 04-15-00160-CV

Genesis Tamara **ULLOA,**
Appellant

v.

Juan Pablo **RODRIGUEZ,**
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-10118
Renee Yanta, Judge Presiding

# O R D E R

Appellant Genesis Tamara Ulloa has filed a motion for a sixty-day extension of time to file her brief. We **grant the motion in part** and order the brief due **July 7, 2015**.

We note that appellee is represented by counsel in this proceeding and that appellant has not been serving copies of her pleadings on counsel. We **order** that hereafter appellant must serve Michael McLees, Jr., 8746 Wurzbach Rd., Ste. 207, San Antonio, Texas 78240 with copies of all documents appellant files in this court and certify she has done so. *See* TEX. R. APP. P. 9.5.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of June, 2015.

_____
Keith E. Hottle
Clerk of Court